IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SERI IRAZOLA, | ) |
| *Plaintiff,* | ) |
| v. | ) Civil Case No. 1:19-cv-00236 |
| THE FORS MARSH GROUP, | ) |
| *Defendant.* | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Seri Irazola, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, files this Notice of Voluntary Dismissal Without Prejudice. Plaintiff's notice is being filed before any opposing party has served either an answer or a motion for summary judgment.

Plaintiff filed her complaint on February 27, 2019 and has not yet served Defendant. Defendant has not filed either an answer, a motion to dismiss, or a motion for summary judgment.

So Ordered
Claude M. Hilton
USDJ
Mar. 1, 2019

/s/ Adam A. Carter
R. Scott Oswald, Esq. (VA Bar No. 41770)
Adam Augustine Carter, Esq. (VA Bar No. 32722)
The Employment Law Group, P.C.
888 17th Street, NW, 9th Floor
Washington, D.C. 20006
(202) 261-2803
(202) 261-2835 (facsimile)
soswald@employmentlawgroup.com
acarter@employmentlawgroup.com
*Counsel for Plaintiff*

1